MARTIN A. SCHAINBAUM (CSB # 37257)
BRYANT W.H. SMITH (CSB #250035)
ANDREW D. ALLEN (CSB #269502)
MARTIN A. SCHAINBAUM, APLC
351 California Street, Suite 800
San Francisco, CA 94104
Telephone:     (415) 777-1040
Fax:           (415) 981-1065
Email:         schainbm@taxwarrior.com

Attorneys for Respondent

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and KEVAN L. MULLINS, Revenue Agent,<br>　　　　　Petitioners,<br><br>　　vs.<br><br>MARINA ZUK,<br><br>　　　　　Respondent. | Case No.:  CV 12-0106 RS<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS HEARING FROM MARCH 8, 2012, TO MARCH 29, 2012**<br><br>Honorable Richard Seeborg<br>United States District Judge |

　　　　Respondent, Marina Zuk, together with Petitioner, the UNITED STATES OF AMERICA, by and through its representative, Cynthia Stier, Assistant United States Attorney, file this stipulation and proposed order to continue the order to show cause hearing currently schedule for March 8, 2012, at 1:30PM, to March 29, 2012, at 1:30PM. The above-mentioned parties have met and conferred regarding the time and date of the hearing, and to allow sufficient

time to respond to the petition, hereby stipulate that there is good cause to continue the order to show cause hearing to March 29, 2012, at 1:30PM.

DATED this 26th day of January, 2012.

                                              MELINDA HAAG
                                              United States Attorney

                                              By   /s/ Cynthia Stier
                                                  CYNTHIA STIER, Esq.
                                                  Assistant United States Attorney
                                                  Tax Division
                                                  Attorney for Petitioners

DATED this 26th day of January, 2012.

                                              MARTIN A. SCHAINBAUM
                                              A Professional Law Corporation

                                              By   /s/ Martin A. Schainbaum
                                                  MARTIN A. SCHAINBAUM, Esq.
                                                  Attorney for Respondent

# [~~PROPOSED~~] ORDER

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED this  31st day of January, 2012, at San Francisco, California, that the order to show cause hearing currently schedule for March 8, 2012, at 1:30PM, is continued to March 29, 2012, at 1:30PM.

DATED:   1/31/12

_____
Honorable RICHARD SEEBORG
United States District Judge